IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.         Case No. 3:15cr94

ALAN DUNCAN,      JUDGE WALTER H. RICE
Register No. 72973-061

   Defendant.

---

ADDENDUM TO JUDGMENT ENTRY OF AUGUST 1, 2017 (DOC. #53) AND ADDENDUM TO THE AMENDED MINUTE ENTRY OF AUGUST 2, 2017 (DOC. #55), TO REFLECT THE FACT THAT NO TWO POINT ENHANCEMENT TO THE BASE OFFENSE LEVEL WAS ORDERED BY THIS COURT FOR WEAPONS POSSESSED BY DEFENDANT; DEFENDANT'S RULE 36 MOTION FOR CORRECTION (DOC. #58) SUSTAINED TO THAT AFFECT

---

  The Defendant has filed a Rule 36 Motion for Correction of both the Judgment Entry (Doc. #53) filed August 1, 2017, and the Amended Minute Entry of August 2, 2017 (Doc. #55), in order to reflect that Defendant was not given a two level enhancement over the base offense level for possession of a weapon. Given that the weapon was nowhere mentioned in the Statement of Facts to which Defendant admitted, while under oath at the time of the taking of the plea, this Court did not order a two level enhancement for possession of a weapon or weapons.

  It is the request of this Court that this Entry become a part of the Defendant's file at his designated institution, in order that he not be denied access to certain services or programming

on the, perhaps, mistaken belief that his possession of a weapon was factored into the computation of his advisory sentencing guideline range.

April 6, 2018

*[signature]*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Records Section, FCI Ashland, Federal Correctional Institution, P.O. Box 888,
    Ashland, KY 41105
Alan Duncan, #72973-061, FCI Ashland, PO Box 6001, Ashland, KY 41105