IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      Case No. 3:15cr94

ALAN DUNCAN,      JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY DIRECTING OHIO STATE PAROLE AUTHORITY TO FURNISH CERTAIN INFORMATION CONCERNING A PAROLE VIOLATION DETAINER LODGED AGAINST AN INDIVIDUAL NOW SERVING TIME IN A FEDERAL BUREAU OF PRISONS FACILITY

---

This Court ORDERS the State of Ohio Adult Parole Authority to furnish any and all information, including anything in written form, concerning a state parole violation detainer presently being lodged against Alan Duncan, a federal prisoner now serving a 150-month sentence at the Ashland Federal Correctional Institution.

The Court requests an answer to this Order within 21 days from date.

October 19, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Alan Duncan, Register #72973-061, FCI Ashland, PO Box 6001, Ashland, KY 41105
Adult Parole Authority, Dayton District Office, 1901 S. Gettysburg Avenue, Dayton, OH 45418